# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| COMMIL USA, LLC | § | |
| | § | |
| vs. | § | CASE NO. 2:07-CV-341-CE |
| | § | |
| CISCO SYSTEMS, INC. AND ARUBA NETWORKS, INC. | § § | |

## ORDER

Pending before the court is the plaintiff Commil USA, LLC's motion for leave to file plaintiff's supplemental claims construction brief (Dkt. No. 176). On November 6, 2009, this court issued an order disposing of the parties' claim construction disputes. The court considered the parties' submissions in doing so. For the purposes of the record, the court GRANTS the plaintiff's motion for leave.

SIGNED this 24th day of March, 2010.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE