**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| COMMIL USA, LLC | § | |
| | § | |
| vs. | § | CASE NO. 2:07-CV-341-CE |
| | § | |
| CISCO SYSTEMS, INC. AND ARUBA | § | |
| NETWORKS, INC. | § | |

## ORDER

Pending before the court is the defendant Cisco Systems, Inc.'s motion for reconsideration (Dkt. No. 198) of the claim construction order. At the time this motion was filed, the case was referred to Magistrate Judge Chad Everingham, with Chief Judge David Folsom presiding. Subsequently, with the parties' consent, the case was assigned to Judge Everingham. As such, the defendant's motion for reconsideration is DENIED as moot.

SIGNED this 24th day of March, 2010.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE