✎ AO 456 (Rev. 5/85)  Notice

# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | TEXAS |

COMMIL USA, LLC

V.

**AMENDED NOTICE**

CISCO SYSTEMS, INC.

CASE NUMBER:   2:07-CV-341 (CE)

TYPE OF CASE:

    X  **CIVIL**        **CRIMINAL**

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE<br>United States District Court<br>100 E. Houston St.<br>Marshall, TX 75670 | ROOM NO.<br>Judge Everingham's Courtroom<br>DATE AND TIME<br>See below. |

TYPE OF PROCEEDING

**JURY SELECTION - MAY 10, 2010 AT 9:00 A.M.**
**TRIAL - MAY 11, 2010 AT 8:30 A.M.**

**XX TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

David J. Maland
US MAGISTRATE JUDGE OR CLERK OF COURT

March 30, 2010
DATE

Debbie Latham
(BY) DEPUTY CLERK

TO:    ALL COUNSEL OF RECORD

**ATTENTION:   STAFF OF JUDGE CHAD EVERINGHAM**

**ACKNOWLEDGMENT**

**NOTICE TO COUNSEL:** Please sign in the space provided below and return to the court by facsimile, **(903) 938-7819**, within three (3) days of your receipt of the enclosed notice.

_____

**I acknowledge receipt of the indicated notice on the date shown below.**

Case No. _____

Signature of Atty._____

Print Name of Atty._____ Date

Counsel for _____
                      (Name of Party)

Type of Proceeding: _____
                      (e.g., Scheduling Conference)

Date of Proceeding: _____

Time of Proceeding: _____

Location of Proceeding: _____