**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| COMMIL USA, LLC | § | |
| | § | |
| vs. | § | CASE NO. 2:07-CV-341-CE |
| | § | |
| CISCO SYSTEMS, INC. AND ARUBA NETWORKS, INC. | § § | |

**<u>ORDER</u>**

The court overrules the defendant Cisco Systems, Inc.'s objections to the plaintiff Commil USA, LLC's exhibits PTX 0097 and 0326.

SIGNED this 10th day of May, 2010.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE