**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| COMMIL USA, LLC § | |
| § | |
| § | |
| v.  § | CIVIL ACTION NO.  2:07-CV-341 (CE) |
| § | |
| CISCO SYSTEMS, INC., ET AL § | |

---

**Jury Selection Minutes
May 10, 2010**

**OPEN: 9:24 a.m.**                                                                                           **ADJOURN: 12:01 p.m.**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Richard "Dick" Sayles |
| | Eve Henson |
| | Chris Hogue |
| | MarkWerbner |
| | Mark Strachan |
| | |
| ATTORNEYS FOR DEFENDANTS: | Otis Carroll |
| | Nick Groombridge |
| | Harrison "Buzz" Frahn |
| | Johnny Ward |
| | Patrick King |
| | |
| LAW CLERK: | Jim Warriner |
| | |
| COURT REPORTER: | Shelly Holmes, CSR |
| | |
| COURTROOM DEPUTY: | Jan Lockhart |

9:24 a.m. Court opened.  The attorneys announced ready.

The Court gave the jury information regarding the trial schedule.  Mr. Sayles gave the jury an overview of what the case was about and conducted voir dire examination on behalf of Plaintiff.

10:30 a.m.  Mr. Carroll conducted voir dire examination on behalf of Cisco.

Page Two
Minutes
May 10, 2010

10:48 a.m.  Mr. Ward conducted voir dire examination on behalf of Aruba.

11:05 a.m.  Bench conference.  Court to talk to juror numbers 21 and 22.

11:11 a.m.  Court recess until 11:40 a.m.

11:40 a.m.  The attorneys and jury panel returned to the courtroom.  The parties were allowed four strikes per side.  A 10-person jury was selected.  The jury was sworn.

11:54 a.m.  The jury was excused until to return at 8:30 a.m.

The Court gave the parties further instructions with respect to graphics, motions in limine and trial exhibit lists.  Counsel for the parties responded.

12:01 p.m. Court adjourned.