**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| COMMIL USA, LLC | § | |
| | § | |
| vs. | § | CASE NO. 2:07-CV-341-CE |
| | § | |
| CISCO SYSTEMS, INC. AND ARUBA NETWORKS, INC. | § § | |

**ORDER**

The court sustains the plaintiff Commil USA, LLC's objections to the defendant Aruba Networks, Inc.'s exhibits DTX 723 and 753.

SIGNED this 11th day of May, 2010.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE