**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| COMMIL USA, LLC | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  2:07-CV-341 (CE) |
| | § | |
| CISCO SYSTEMS, INC., ET AL | § | |

**Jury Trial Day Two
May 12, 2010**

OPEN: 8:32 a.m.                                                                ADJOURN: 5:20 p.m.

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Richard "Dick" Sayles |
| | Eve Henson |
| | Chris Hogue |
| | MarkWerbner |
| | Mark Strachan |
| | |
| ATTORNEYS FOR DEFENDANTS: | Jeff Ostrow |
| | Otis Carroll |
| | Harrison "Buzz" Frahn |
| | Patrick King |
| | Mike Jones |
| | |
| LAW CLERK: | Jim Warriner |
| COURT REPORTER: | Shelly Holmes, CSR |
| COURTROOM DEPUTY: | Jan Lockhart |

8:32 a.m.  Court opened.  Mr. Werbner continued direct examination of Mr. Soffer.

9:08 a.m.  Mr. Ostrow conducted cross examination of Mr. Soffer.

9:45 a.m.  Mr. Werbner stated he had no further questions.  Mr. Soffer was excused.

Page 2
Minutes
May 12, 2010

9:46 a.m.  Mr. Sayles asked to read the parties' stipulations into the record.  The Court gave the parties instructions with respect to stipulations.

9:48 a.m.  Mr. Sayles then called Bob O'Hara to testify by video deposition.

9:49 a.m.  Mr. Frahn requested a bench conference.

9:50 a.m.  Bench conference held.

9:51 a.m.  Video deposition of Mr. O'Hara was shown.

10:10 a.m.  Video deposition concluded.  Jury excused until 10:30 a.m.

10:11 a.m.  Hearing outside the presence of the jury.

10:15 a.m.  Court recess.

10:42 a.m.   Mr. Sayles called Patrick Calhoun by video deposition.

11:07 a.m.  Mr. Sayles called Robert Friday to testify by video deposition.

11:19 a.m.  Mr. Sayles called Jonathan David to testify.  Mr. David was previously sworn.

11:38 a.m.  Mr. Carroll conducted cross examination of Mr. David.

12:02 p.m.  Lunch recess until 1:30 p.m.  Jury excused.

12:03 p.m.  Hearing outside the presence of the jury.

12:05 p.m.  Court adjourned.

12:29 p.m.  Hearing outside the presence of the jury.  Mr. Strachan called Roger Carlile to testify.  Mr. Carlile was sworn and examined under oath.

1:02 p.m.  Court recess.

1:35 p.m.  Court reconvened.  Mr. Carroll passed the witness.  Mr. Sayles read stipulation into the record.

Page 3
Minutes
May 12, 2010

1:39 p.m.  Mr. Strachan called Roger Carlile to testify.  Mr. Carlile was sworn and examined under oath.

2:39 p.m.  Mr. Carroll conducted cross examination of Mr. Carlile.

3:22 p.m Jury excused until 3:40 p.m.

3:23 p.m.  Hearing outside the presence of the jury.

3:28 p.m.  Court recess.

3:44 p.m.  Court reconvened.

3:46 p.m.  Mr. Carroll concluded cross examination of Mr. Carlile.

3:49 p.m.  Mr. Strachan conducted re-direct examination of Mr. Carlile.

4:03 p.m.  Mr. Carroll conducted re-cross examination of Mr. Carlile.

4:04 p.m.  The parties passed the witness.  Mr. Sayles indicated that the Plaintiff rested.  Bench conference.

4:05 p.m.  Mr. Frahn called Bob O'Hara to testify on behalf of Defendant.  Mr. O'Hara was sworn and examined under oath.

5:05 p.m.  Court excused the jury for the day.

5:06 p.m.  Mr. King presented Judgments as a Matter of Law on behalf of Defendant.

5:20 p.m. Court adjourned.