## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

COMMIL USA, LLC                     §
                                    §
                                    §
v.                                  §      CIVIL ACTION NO.  2:07-CV-341 (CE)
                                    §
CISCO SYSTEMS, INC., ET AL          §

---

### Jury Trial Day Three
### May 13, 2010
**OPEN: 8:34 a.m.**                              **ADJOURN: 5:11 p.m.**

---

ATTORNEYS FOR PLAINTIFF:            Richard "Dick" Sayles
                                    Eve Henson
                                    Chris Hogue
                                    MarkWerbner
                                    Mark Strachan

ATTORNEYS FOR DEFENDANTS:           Jeff Ostrow
                                    Otis Carroll
                                    Harrison "Buzz" Frahn
                                    Patrick King
                                    Mike Jones

LAW CLERK:                          Jim Warriner

COURT REPORTER:                     Shelly Holmes, CSR

COURTROOM DEPUTY:                   Jan Lockhart

8:34 a.m.  Court opened.   The parties gave brief summaries of their case.

8:44 a.m.  Mr. Frahn continued his direct examination of Mr. O'Hara.

8:49 a.m.  The Court asked the witness further questions.  The witness responded.

Page 2
Minutes
May 13, 2010

8:50 a.m.  Mr. Frahn continued his examination of Mr. O'Hara.

9:15 a.m.  Mr. Werbner objection.  The Court ruled.

9:26 a.m.  Court admitted Defendant exhibits 1517-1521, 1523 1526, 1537 1538, 1539 and 1541.

9:35 a.m.  Mr. Werbner conducted further examination of Mr. O'Hara.  Mr. Frahn objected to the question.  The Court ruled.

9:40 a.m.  Mr. Frahn provided a date for the patent as August of 2002.  The Court gave the witness instruction.

9:41 a.m.  Mr. Frahn responded re optional completeness.  Mr. Werbner continued his examination.

10:15 a.m Court recess until 10:35 a.m.

10:39 a.m.  Court reconvened.  Jury returned to courtroom.  Mr.Werbner continued cross examination of Mr. O'Hara.

10:44 a.m.  Mr. Frahn conducted re-direct examination of Mr. O'Hara.

10:49 a.m.  The parties passed the witness.  The Court conducted further examination of Mr. O'Hara.

10:55 a.m. Mr. Ostrow called Patrice Calhoun to testify.  Mr. Calhoun was sworn and examined under oath.

11:20 a.m.  Ms. Henson conducted cross examination of Mr. Calhoun.

12:00 p.m.  Jury excused.

12:01 p.m.  Court gave witness instruction.

12:05 p.m.  Court recess until 1:15 p.m.

1:21 p.m. Court reconvened.  Ms. Henson continued cross examination of Mr. Calhoun.

1:56 p.m. Mr. Haim Barak video deposition  played by Defendant.

Page 3
Minutes
May 13, 2010


2:04 p.m. Mr. David Cohen deposition played by Defendant.

2:07 p.m.  Mr. Yuval Dovev deposition played by Defendant.

2:11 p.m.  Mr. Frahn called Dr. James Lansford to testify.  Dr. Lansford was previously sworn.  Mr. Frahn conducted direct examination of Dr. Lansford.

2:53 p.m.  Mr. Werbner conducted cross examination of Dr. Lansford.

3:11 p.m.  Jury excused.  Court recess until 3:30 p.m.

3:34 p.m.   Court reconvened.   Jury returned to courtroom.   Mr. Werbner continued his cross examination of Dr. Lansford.

4:05 p.m. Mr. Frahn conducted re-direct examination of Dr. Lansford.

4:12 p.m.  Mr. Werbner conducted cross examination of Mr. Lansford.

4:19 p.m.  The parties passed the witness.

4:20 p.m. Mr. Carroll conducted direct examination of Dr. Becker.

4:34 p.m.  Mr. Carroll tendered Dr. Becker as an expert.  Mr. Strachan stated there were no objections.

4:39 p.m. Court reporter break.

4:40 p.m. Back on the record.  Mr. Carroll continued his examination of Dr. Becker.

5:11 p.m.  Jury excused.  Court adjourned.