**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| COMMIL USA, LLC | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:07-CV-341 (CE) |
| | § | |
| CISCO SYSTEMS, INC., ET AL | § | |

**Jury Trial Day Four
May 14, 2010**

OPEN: 8:27 a.m.                                              ADJOURN: 12:13 p.m.

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Richard "Dick" Sayles |
| | Eve Henson |
| | Chris Hogue |
| | MarkWerbner |
| | Mark Strachan |
| | |
| ATTORNEYS FOR DEFENDANTS: | Jeff Ostrow |
| | Otis Carroll |
| | Harrison "Buzz" Frahn |
| | Patrick King |
| | Mike Jones |
| | |
| LAW CLERK: | Jim Warriner |
| COURT REPORTER: | Shelly Holmes, CSR |
| COURTROOM DEPUTY: | Jan Lockhart |

8:27 a.m. Court opened. Hearing outside the presence of the jury.

Court informed the parties that it intended to excuse juror #10 pursuant to Federal Rule of Civil Procedure 47(c). Counsel for the parties, Mr. Sayles and Mr. Ostrow indicated there were no objections.

8:31 a.m.  Recess.

8:43 a.m.  Jury returned to courtroom.  Court reconvened.

8:45 a.m.  Mr. Werbner gave a brief summary of the case on behalf of Plaintiff.

8:50 a.m.  Mr. Ostrow gave a brief summary of the case on behalf of Defendant.

8:55 a.m.  Mr. Carroll continued his direct examination of Dr. Becker.

10:06 a.m. Mr. Strachan conducted cross examination of Dr. Becker.

10:15 a.m.  Morning recess.

10:43 a.m.  Court reconvened.  Mr. Strachan continued his cross examination of Dr. Becker.

10:56 a.m.  Bench conference.

10:57 a.m.  Mr. Strachan continued his cross examination of Dr. Becker.

11:03 a.m.  Bench conference.

11:05 a.m.  Re-Direct examination of Dr. Becker by Mr. Carroll.

11:07 a.m.  The parties passed the witness.  Mr. Ostrow indicated that the defense rests

11:07 a.m.  Mr. Sayles indicated that the Plaintiff was ready for rebuttal case.

11:08 a.m.  Mr. Strachan called Roger Carlile to testify.  Mr. Carlile was previously sworn and was examined under oath.

11:10 a.m.  Bench conference.

11:11 a.m.  Mr. Strachan continued his examination of Mr. Carlile.

11:13 a.m.  Mr. Carroll conducted cross examination of Mr. Carlile.

11:16 a.m.  Mr. Strachan conducted re-direct examination.

Page 3
Minutes
May 14, 2010

11:17 a.m.  The parties passed the witness.  Mr. Werbner called Joe McAlexander to testify.  Mr. McAlexander was previously sworn and was examined under oath.

11:32 a.m. Mr. Frahn objected to question.  The Court ruled.  Mr. Werbner continued his examination of the witness.

11:33 a.m.  Mr. Frahn objected to question.  The Court ruled.  Mr. Werbner continued his examination of the witness.

11:36 a.m.  The Court asked the witness questions.  Mr. McAlexander responded.

11:37 a.m.  Mr. Werbner continued his examination of Mr. McAlexander.

11:56 a.m.  Bench conference.

11:58 a.m. Jury excused until Monday morning at 9:00 a.m.

11:59 a.m.  Hearing outside the presence of the jury.  The Court will handle the charge conference on Monday at 8:00 a.m.

12:00 p.m.  The Court heard the Plaintiff's Motion for Judgment as a Matter of Law.

12:13 p.m.  Court adjourned.