**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| COMMIL USA, LLC | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:07-CV-341 (CE) |
| | § | |
| CISCO SYSTEMS, INC., ET AL | § | |

**Jury Trial Day Five
May 17, 2010**

OPEN: 9:24 a.m.                                                                              ADJOURN: 5:45 p.m.

ATTORNEYS FOR PLAINTIFF:           Richard "Dick" Sayles
                                                              Eve Henson
                                                              Chris Hogue
                                                              MarkWerbner
                                                              Mark Strachan

ATTORNEYS FOR DEFENDANTS:     Jeff Ostrow
                                                              Otis Carroll
                                                              Harrison "Buzz" Frahn
                                                              Patrick King
                                                              Mike Jones

LAW CLERK:                                        Jim Warriner

COURT REPORTER:                            Shelly Holmes, CSR

COURTROOM DEPUTY:                    Jan Lockhart

9:24 a.m.  Court opened.

Mr. Frahn conducted cross-examination of Mr. McAlexander.

9:50 a.m.  The Court gave the witness an instruction re answering question.  Mr. Frahn continued his examination of Mr. McAlexander.

Page 2
May 17, 2010
Minutes

10:12 a.m.  Bench conference.

10:13 a.m.  Mr. Frahn continued his examination of Mr. McAlexander.

10:13 a.m.  Mr. Werbner requested that the Court give the jury an instruction.  Mr. Frahn continued his examination of Mr. McAlexander.

10:22 a.m.  Mr. Werbner objected to question.  Court overruled.  Mr. Frahn continued his examination of Mr. McAlexander.

10:42 a.m.  Court instructed Mr. Frahn to stop being repetitive.

10:44 a.m.  Mr. Werbner objected to question.  Court overruled.  Mr. Frahn continued his examination of Mr. McAlexander.

10:46 a.m.  Bench conference.

10:49 a.m.  Mr. Frahn continued his examination of Mr. McAlexander.

10:57 a.m.  Mr. Werbner objected to question.  Court sustained objection.  Defendant's counsel given give minutes to finish.

11:00 a.m.  Court adjourned until 11:15 a.m.

11:22 a.m.  Court reconvened.  Mr. Werbner conducted re-direct examination of Mr. McAlexander.

11:36 a.m.  Mr. Sayles indicated the plaintiff rested.

11:37 a.m.  The Court released the jury until 12:45 p.m.

11:38 a.m.  The Court entertained Judgments as a Matter of Law.  Mr. Sayles and Mr. Ostrow renewed the parties' Motions for Judgment as a Matter of Law.  The Court denied the motions.

11:40 a.m.  Next, the Court took up objections to the Jury Instructions and Verdict Form.  Mr. Ostrow requested a moment to review the jury instructions.  The Court took a 10-minute recess so that counsel could review the charge with their client.

Page 3
May 17, 2010
Minutes

11:50 a.m.  The Court heard the parties' objections to the Court's Jury Instructions and Verdict Form.  Ms. Henson stated that the Plaintiff's attorney had no objections to the Court's Instructions and Verdict Form.

12:02 p.m.   Lunch recess.

12:48 p.m.  Court reconvened.  Mr. Sayles conducted closing argument on behalf of Plaintiff.

1:08 p.m.  Mr. Carroll conducted closing argument on behalf of Defendant.

1:48 p.m.  Mr. Werbner conducted rebuttal closing argument on behalf of Plaintiff.

2:08 p.m.  Court gave the jury its instructions.

2:37 p.m.  Jury excused for deliberations.

4:26 p.m. Jury note #1 received at 4:20 p.m.  Court responded.  Jury Note filed.

5:39 p.m.  Verdict received from jury.  Court opened.  All parties stood representing a unanimous verdict.

5:44 p.m.  Counsel for the parties indicated there was nothing further.  Court addressed counsel re trial.

5:45 p.m.  Court adjourned.