UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COMMIL USA, LLC,<br><br>     Plaintiff,<br>v.<br><br>CISCO SYSTEMS, INC.<br><br>     Defendant. | CIVIL ACTION NO. 2:07-cv-341-CE |

**DECLARATION OF EVE L. HENSON IN
SUPPORT OF PLAINTIFF'S MOTION FOR NEW TRIAL
ON ISSUES OF INDIRECT INFRINGEMENT AND DAMAGES**

I, Eve L. Henson, hereby declare:

1. I am over eighteen (18) years of age, have personal knowledge of the facts stated herein, and am otherwise competent to make this Declaration. All facts stated herein are true and correct, based on my personal knowledge. I am one of the attorneys representing the Plaintiff, Commil USA, LLC, in No. 2:07-cv-341-CE, in the United States District Court, Eastern District of Texas, Marshall Division. I submit this Declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

2. Attached at Exhibit 1A is a true and correct copy of Defendant's Damages Slide No. 4.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 21st day of June, 2010, in Dallas, Texas.

                _____
                Eve L. Henson