# Exhibit 1A

Case 2:07-cv-00341-CE   Document 353-2   Filed 06/21/10   Page 1 of 2

# Summary of Opinions

- Reasonable Royalty Rate = 0.5%
- Royalties (all time periods): $5,618,492
- Royalties (from filing): $3,726,207